SLIP OPINION

# ARKANSAS COURT OF APPEALS

DIVISION II
No. CV–15–414

| | | |
|---|---|---|
| LINDA MULLEN | | **Opinion Delivered** October 7, 2015 |
| | APPELLANT | APPEAL FROM THE ARKANSAS WORKERS' COMPENSATION COMMISSION [NO. G100201] |
| V. | | |
| ARKANSAS DEPARTMENT OF HUMAN SERVICES and PUBLIC EMPLOYEES CLAIMS DIVISION, ARKANSAS INSURANCE DEPARTMENT | | AFFIRMED |
| | APPELLEES | |

## PHILLIP T. WHITEAKER, Judge

Appellant Linda Mullen appeals an Arkansas Workers' Compensation Commission (Commission) decision concluding that she was not entitled to temporary total disability (TTD) benefits. More specifically, she challenges the sufficiency of the evidence supporting the Commission's determination that she had failed to prove that she remained within her healing period or that she was unable to work as a result of her injury.

The Commission's decision adequately summarizes Mullen's testimony, the previous workers' compensation history regarding the compensability of her claim, and the relevant medical records. Further, the Commission exercised its duty to make determinations of credibility, weigh the evidence, and resolve any conflicts in the testimony and evidence. *Ark. Methodist Med. Ctr. v. Blansett*, 2013 Ark. App. 480. Because the only issue on appeal is the sufficiency of the evidence and because the opinion of the Commission thoroughly explains

its decision, we affirm by memorandum opinion pursuant to sections (a) and (b) of *In re Memorandum Opinions*, 16 Ark. App. 301, 700 S.W.2d 63 (1985).

Affirmed.

GLADWIN, C.J., and HOOFMAN, J., agree.

*Medlock, Gramlich & Sexton, LLP*, by: *Michael Ellig*, for appellant.

*Robert H. Montgomery*, Public Employee Claims Division, for appellee.